UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JARRIT BOWER ET AL | CIVIL ACTION NO. 20-cv-579 |
| VERSUS | JUDGE SUMMERHAYS |
| SCOTT WURTH ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the plaintiffs' Motion to Remand [Doc. 9] is DENIED, the Court having determined that removal was timely and there is complete diversity among the parties.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 1st day of September, 2020.

UNITED STATES DISTRICT JUDGE